Certificate Number: 13858-KS-DE-037278102

Bankruptcy Case Number: 23-40109


13858-KS-DE-037278102

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 20, 2023</u>, at <u>7:02</u> o'clock <u>PM CDT</u>, <u>Bradley Joe McCune</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Kansas</u>.

Date: March 20, 2023

By: /s/Nick Paris

Name: Nick Paris

Title: Counselor